Morris Schneider, Respondent, v. William W. Farley, as State Commissioner of Excise, etc., Appellant.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Hyman Suss, Respondent, v. William W. Farley, as State Commissioner of Excise, etc., Appellant.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Vitacrescenza Summo, as Administratrix, etc., Respondent, v. Snare & Triest Company and Steel and Masonry Contracting Company, Appellants.— Motion denied. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Josephine M. Fairchild, Appellant, v. Scarsdale Estates, Respondent. White Plains Development Company and Guardian Trust Company, as Trustee, Appellants, and Others, Defendants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

In the Matter of the Application of Phoebe A. D. Boyle, etc. (2 cases.) — Order resettled so as to allow a bill of costs to each of the special guardians on the appeal, payable out of the estate, and one bill of costs to be divided between the other respondents, each to tax his disbursements, payable by the appellant. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

In the Matter of George R. Brewster, an Attorney.— Motion granted. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

In the Matter of Isidore Oshlag, an Attorney.— Matter referred to the Hon. Josiah T. Marean, official referee. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Malcolm Ross Matheson, as Substituted Trustee, etc., Respondent, v. Ottilie Mente and Others, Defendants. Title Insurance Company of New York and Others, Appellants.— Respondent's motion to resettle order granted. Appellants' motion for additional findings denied. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Charles T. Murphy, Respondent, v. Stuard Hirschman, Appellant, and Henrietta Hirschman and Others, Defendants.— Motion granted, with leave to vacate if the case is not diligently prosecuted, and argued not later than the May term. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Westchester Mortgage Company, Respondent, v. Thomas B. McIntire, Inc., and Another, Defendants, Impleaded with William H. Foster, Appellant.— Appellant has filed an affidavit as to merits, as required by our order of April ninth. There is something to be said in favor of his contention. In addition, it appears that a proposed case on appeal has been served, and that respondent has served amendments thereto. Motion denied on condition that appellant perfect his appeal, place the case on the May calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.